**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MANUEL WINN, | ) | |
| | ) | |
| Petitioner, | ) | 3:13-CV-00669-LRH-WGC |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RENEE BAKER, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner Manuel Winn submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#6). On August 13, 2014, the court dismissed numerous grounds of the petition with leave to amend (#5).

Petitioner has now filed a motion to extend time to file an amended petition (#8) and motion for appointment of counsel (#9). There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970). Here, the claims are numerous and appear somewhat complex. Additionally, petitioner is serving two

consecutive life sentences without the possibility of parole.  Accordingly, petitioner's motion for appointment of counsel is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for appointment of counsel (#9) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada ("FPD") is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (#6).  The FPD shall have thirty (30) days from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a first amended petition.  Accordingly, **IT IS FURTHER ORDERED** that petitioner's motion to extend time to file amended petition (#8) is **DENIED** as moot.

DATED this 22nd day of October, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE